# UNITED STATES DISTRICT COURT
for the
_____ District of Guam _____

**FILED**
DISTRICT COURT OF GUAM
JUN 28 2021
JEANNE G. QUINATA
CLERK OF COURT

| United States of America | ) |
|---|---|
| v. | ) |
| NICHOLAS WAYNE MOORE | ) Case No. MJ 21-00128 |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* NICHOLAS WAYNE MOORE ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Unlawful Flight To Avoid Prosecution, in violation of Title 18, United States Code, Section 1073

Date: 5/28/2021

*Issuing officer's signature*

City and state: Hagatna, Guam

FRANCES TYDINGCO-GATEWOOD, Chief Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 5/28/2021 , and the person was arrested on *(date)* June 06, 2021
at *(city and state)* Panama City Beach, Florida .

Date: 06/28/2021

*Arresting officer's signature*

Eddie Tamzon, TFO
*Printed name and title*

**ORIGINAL**

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____  Weight: _____

Sex: _____  Race: _____

Hair: _____  Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____