



SHAWN N. ANDERSON
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 21-00128 |
| Plaintiff, | |
| vs. | **UNITED STATES' MOTION TO DISMISS COMPLAINT** |
| NICHOLAS W. MOORE, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America hereby moves to dismiss, without prejudice, the Complaint in the above captioned case.

"Under Rule 48, courts must grant leave to the government to dismiss an indictment, information, or complaint unless dismissal is 'clearly contrary to manifest public interest.'" *In re Ellis*, 356 F.3d 1198, 1209 (9th Cir. 2004)(en banc) (quoting *Rinaldi v. United States*, 434 U.S. 22, 30 (1977)).

"The decision to dismiss a complaint implicates concerns that the Executive is uniquely suited to evaluate, and a district court should be reluctant to deny its request." *Ellis*, 356 F.3d at 1210. Additionally, "[c]ourts do not know which charges are best initiated at which time, which allocation of prosecutorial resources is most efficient, or the relative strengths of various cases and charges." *Id*.

1

Here, the defendant has been arrested on the complaint and was committed to return to Guam to face charges in the Superior Court of Guam.

The United States has determined that dismissal of the Complaint is appropriate and not "clearly contrary to manifest public interest." *Rinaldi*, 434 U.S. 30 (1977).

For the foregoing reasons, the United States respectfully seeks leave of the Court to dismiss the Complaint, without prejudice.

Respectfully submitted this 24th day of June, 2021.

SHAWN N. ANDERSON
United States Attorney
Districts of Guam and the NMI

By: *(signature)*

ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney