1  SHAWN N. ANDERSON
   United States Attorney
2  ROSETTA L. SAN NICOLAS
   Assistant United States Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez Avenue
4  Hagatna, Guam 96910
   Telephone: (671) 472-7332
5  Facsimile: (671) 472-7334

6  Attorneys for the United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9                 FOR THE TERRITORY OF GUAM

10

11 UNITED STATES OF AMERICA,          MAGISTRATE CASE NO. 21-00128

12                    Plaintiff,       **APPLICATION TO UNSEAL THE**
                                       **RECORD**
13          vs.

14 NICHOLAS W. MOORE,

15                    Defendant.

16

17      The United States moves this Honorable Court for an order unsealing the record in the

18 above-entitled case for the reason that the investigation is now complete and there is no further

19 reason for these proceedings to remain secret.

20      Respectfully submitted this 28th day of June 2021.

21

22                                     SHAWN N. ANDERSON
                                       United States Attorney
23                                     Districts of Guam and NMI

24

25                          By:        _____
                                       ROSETTA L. SAN NICOLAS
26                                     Assistant U.S. Attorney

27

28