SHAWN N. ANDERSON
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant United States Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Facsimile: (671) 472-7334

Attorneys for the United States of America

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 21-00128 |
| Plaintiff, | |
| vs. | **ORDER** |
| NICHOLAS W. MOORE, | Granting Motion to Unseal |
| Defendant. | |

Upon the United States filing of a Motion to Unseal and for good cause, the court grants the motion and orders that this case be unsealed.

IT IS SO ORDERED.

/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: Jun 28, 2021