```
 1  SHAWN N. ANDERSON
    United States Attorney
 2  ROSETTA L. SAN NICOLAS
    Assistant U.S. Attorney
 3  Suite 500, Sirena Plaza
    108 Hernan Cortez Avenue
 4  Hagatna, Guam 96910
    Telephone: (671) 472-7332
 5  Facsimile: (671) 472-7334

 6  Attorneys for the United States of America
```

## IN THE DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 21-00128 |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| NICHOLAS W. MOORE, | Granting Motion to Dismiss Complaint |
| Defendant. | |

Upon motion of the United States and for good cause shown, the court grants the Motion to Dismiss Complaint and orders that this case be dismissed without prejudice.

IT IS SO ORDERED.

/s/ Frances M. Tydingco-Gatewood
    Chief Judge
**Dated: Jun 28, 2021**